IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case 1 14-cr-00235 |
| | Assigned To   Cooper, Christopher R |
| v. | Assign  Date   12/4/2014 |
| | Description  INDICTMENT (B) |
| **JOHN DOE #1**, | |
| Also known as "Furuji Indama," | VIOLATIONS: |
| Also known as "Dudes," | 18 U.S.C. § 1203 |
| Also known as "Chief," | (Conspiracy to Commit Hostage Taking) |
| Also known as "Commander," | 18 U.S.C. § 1203 |
| Also known as "Dujana," | (Hostage Taking) |
| | 18 U S.C. § 924(o) |
| **JOHN DOE #2**, | (Conspiracy to Use, Carry, Brandish and Discharge a Firearm during a |
| Also known as "Radzmil Jannatul," | Crime of Violence) |
| Also known as "Wahib," | 18 U.S.C. § 924(c) |
| | (Using, Carrying, Brandishing and |
| **JOHN DOE #3**, | Discharging a Firearm |
| Also known as "Muadz," | during a Crime of Violence) |
| Also known as "Mu'ad, " | 18 U.S.C. § 2 |
| | (Aiding and Abetting and Causing an Act to be Done) |
| **JOHN DOE #4**, | |
| Also known as "Abu Basim," | |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
(Conspiracy to Commit Hostage Taking)

At all times material to this Indictment

### Introduction

1       Defendant JOHN DOE #1, also known as "Furuji Indama," also known as "Dudes," also known as "Chief," also known as "Commander," also known as "Dujana" ("FURUJI INDAMA"), whose photograph is attached to this Indictment as Attachment 1, was a leader of the group which perpetrated the kidnapping of U S nationals

2       Defendant JOHN DOE #2, also known as "Radzmil Jannatul," also known as "Wahib" ("RADZMIL JANNATUL"), whose photograph is attached to this Indictment as Attachment 2, was a member of the group which perpetrated the kidnapping of U S nationals

3       Defendant JOHN DOE #3, also known as "Muadz," also known as "Mu'ad" ("MUADZ"), whose photograph is attached to this Indictment as Attachment 3, was a member of the group which perpetrated the kidnapping of U S nationals

4       Defendant JOHN DOE #4, also known as "Abu Basim" ("ABU BASIM"), whose photograph is attached to this Indictment as Attachment 4, was a member of the group which perpetrated the kidnapping of U S nationals

5       Defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM (collectively, "the Defendants"), were nationals of the Philippines

6       The Philippines is a nation of islands, located in South Asia   Tictabon Island and Basilan Island are both located in the Philippines

7       Gerfa Lunsmann and her son Kevin Lunsmann (collectively, "the American hostages") are both nationals of the United States

8       All offenses alleged in this Indictment were begun and committed in the Philippines, outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and therefore, pursuant to Title 18,

United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia

## The Conspiracy

9  Beginning as early as on or about July 12, 2011, and continuing through on or about December 9, 2011, in and around Tictabon Island and in and around Basilan Island, within the Philippines and elsewhere outside the United States, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM did knowingly and willfully combine, conspire, confederate, and agree with each other and with other co-conspirators, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain other persons, including two nationals of the United States, namely Gerfa Lunsmann and Kevin Lunsmann, in order to compel a third person to do an act as an explicit and implicit condition for the release of the persons detained, that is, to pay ransom

## Manner and Means of the Conspiracy

10  The manner and means by which the Defendants and their unindicted co-conspirators, both known and unknown to the Grand Jury, sought to accomplish the objects of the conspiracy included, among others, the following

    (a)  On or about July 12, 2011, took Gerfa Lunsmann and Kevin Lunsmann hostage from Tictabon Island, the Philippines, and detained them by armed force,

    (b)  Utilized firearms to keep and detain the American hostages, and to keep them from escaping their kidnappers,

    (c)  Threatened physical violence to keep the American hostages from escaping from their kidnappers,

(d) Moved, hid, and forced the American hostages to march to evade discovery by the lawful authorities of the Philippines,

(e) Used cell phones to communicate with each other and with a relative of the American hostages, including to demand ransom payments,

(f) Received ransom from a relative of the American hostages

### Overt Acts

11. In furtherance of this conspiracy, and to accomplish its purpose and object, at least one of the conspirators committed and caused to be committed, within the extraterritorial jurisdiction of the United States, at least one of the following overt acts, among others

(a) On or about July 12, 2011, defendant MUADZ and approximately fourteen of his co-conspirators, some of whom were armed with firearms, seized Gerfa Lunsmann and Kevin Lunsmann by the use of armed force from Tictabon Island, the Philippines,

(b) On or about July 12, 2011, during the course of this initial abduction, some of the co-conspirators pointed firearms at the American hostages,

(c) On or about July 12, 2011, defendant MUADZ and approximately fourteen of his co-conspirators forced the American hostages to enter boats and transported them from Tictabon Island against their will,

(d) On or about July 12, 2011, while on a boat after the initial abduction, one of the co-conspirators threatened to stab the American hostages if they continued to beg for release,

(e) On or about July 12, 2011, co-conspirators transported the American hostages by boat to Basilan Island, the Philippines, and there delivered them to waiting co-conspirators,

(f) On or about July 12, 2011, after the American hostages had been taken off of a boat and while they were being detained on a beach, defendant MUADZ threatened to behead Kevin Lunsmann;

(g) In the evening, on or about July 12, 2011, as the American hostages were being forced to march up a hill towards the Defendants' camp ("Camp One"), one of the Defendants' co-conspirators held a gun to Kevin Lunsmann's head;

(h) On or about July 12, 2011, a co-conspirator spoke via telephone to Gerfa Lunsmann's husband, who was at his home in the United States, to inform him that the American hostages had been kidnapped, that if he contacted authorities the kidnappers would harm the American hostages, and that a $1 million ransom payment would be required to secure the release of the American hostages;

(i) On or about July 13, 2011, the American hostages were brought to Camp One, where defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM and co-conspirators detained the American hostages in tents;

(j) In or around July of 2011, defendant FURUJI INDAMA asked Gerfa Lunsmann who would be the best person to call for ransom money;

(k) In relation to a ransom demand phone call which took place in or around July of 2011, defendant ABU BASIM physically beat the American hostages;

(l) In or around July of 2011, the co-conspirators experimented with producing a video of the hostages. This video was intended to be sent to Gerfa Lunsmann's husband to further persuade him to make ransom payments to the Defendants;

(m) On or about July 22, 2011, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM and their co-conspirators caused Gerfa Lunsmann's husband to make a bank transfer of $15,560.00 as a ransom payment;

(n) On or about September 19, 2011, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM and their co-conspirators caused Gerfa Lunsmann's husband to make a bank transfer of $5,900 as a ransom payment;

(o) On or about September 12, 2011, defendant ABU BASIM and co-conspirators forced the American hostages to march to a second of the Defendants' camps ("Camp Two"), which was located on Basilan Island;

(p) While at Camp Two, between on or about September 12, 2011 and on or about December 9, 2011, defendant ABU BASIM threatened to behead Kevin Lunsmann;

(q) On or about October 2, 2011, a co-conspirator drove Gerfa Lunsmann from Camp Two on a motorcycle. A co-conspirator transported Gerfa Lunsmann to a boat, before she was subsequently released and was able to walk to a nearby town where she notified the local police;

(r) After the release of Gerfa Lunsmann on or about October 2, 2011, defendant ABU BASIM, using a firearm, and co-conspirators, detained Kevin Lunsmann at Camp Two until Kevin Lunsmann escaped on or about December 9, 2011.

**(Conspiracy to Commit Hostage Taking, in violation of
Title 18, United States Code, Section 1203)**

## COUNT 2
**(Hostage Taking)**

12. Paragraphs 1 through 8 of Count One of this Indictment are hereby incorporated by reference as if fully restated and realleged herein.

13      From on or about July 12, 2011, and continuing thereafter through on or about October 2, 2011, in and around Tictabon Island and in and around Basilan Island, within the Philippines and elsewhere outside the United States, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM, and others, known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and threaten to kill, injure, and continue to detain a national of the United States, Gerfa Lunsmann, in order to compel a third person to do an act as an explicit and implicit condition for the release of the person detained, that is, to pay ransom.

**(Hostage Taking and Aiding and Abetting and Causing an Act To be Done, in violation of Title 18, United States Code, Sections 1203 and 2)**

## COUNT 3
(Hostage Taking)

14      Paragraphs 1 through 8 of Count One of this Indictment are hereby incorporated by reference as if fully restated and realleged herein.

15      From on or about July 12, 2011, and continuing thereafter through on or about December 9, 2011, in and around Tictabon Island and in and around Basilan Island, within the Philippines and elsewhere outside the United States, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM, and others, known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and threaten to kill, injure and continue to detain a national of the United States, Kevin Lunsmann, in order to compel a third person to do an act as an explicit and implicit condition for the release of the person detained, that is, to pay ransom.

**(Hostage Taking and Aiding and Abetting and Causing an Act To be Done, in violation of Title 18, United States Code, Sections 1203 and 2)**

## COUNT 4
**(Conspiracy to Use, Carry, Brandish and Discharge a Firearm During a Crime of Violence)**

16   Paragraphs 1 through 8 of Count One of this Indictment are hereby incorporated by reference as if fully restated and realleged herein

17   From on or about July 12, 2011, and continuing thereafter through on or about December 9, 2011, in and around Tictabon Island and in and around Basilan Island, within the Philippines and elsewhere outside the United States, defendants FURUJI INDAMA, RADZMIL JANNATUL, MUADZ, and ABU BASIM did knowingly and intentionally combine, conspire, confederate and agree with each other and with other co-conspirators, both known and unknown to the Grand Jury, to commit an offense under Title 18, United States Code, Section 924(c), that is, to use, carry, brandish and discharge firearms, including handguns, semiautomatic assault weapons, and destructive devices, during and in relation to a crime of violence for which each of them may be prosecuted in a court of the United States, that is, Conspiracy to Commit Hostage Taking, as set forth in Count One of this Indictment, and Hostage Taking, as set forth in Counts Two and Three of this Indictment

**(Conspiracy to Use, Carry, Brandish and Discharge a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Section 924(o))**

## COUNT 5
**(Using, Carrying, Brandishing and Discharging a Firearm During a Crime of Violence)**

18   Paragraphs 1 through 8 of Count One of this Indictment are hereby incorporated by reference as if fully restated and realleged herein

19   From on or about July 12, 2011, and continuing thereafter through on or about December 9, 2011, in and around Tictabon Island and in and around Basilan Island, within the Philippines and elsewhere outside the United States, defendants FURUJI INDAMA, RADZMIL

JANNATUL, MUADZ, and ABU BASIM, and others, known and unknown to the Grand Jury, did unlawfully and knowingly use, carry, brandish and discharge firearms, to include

   (a) Handguns,

   (b) Semiautomatic assault weapons, and

   (c) Destructive devices,

during and in relation to a crime of violence for which each of them may be prosecuted in a court of the United States, to wit, Conspiracy to Commit Hostage Taking, as set forth in Count One of this Indictment, and Hostage Taking, as set forth in Counts Two and Three of this Indictment

**(Using, Carrying, Brandishing and Discharging a Firearm During a Crime of Violence and Aiding and Abetting and Causing an Act To be Done, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (B) and 2)**

A TRUE BILL

FOREPERSON OF THE GRAND JURY

*Ronald C. Machen Jr. /SM/*
Attorney of the United States in
And for the District of Columbia



JOHN DOE #1



JOHN DOE #2



JOHN DOE #3



JOHN DOE #4